UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No.

APPROXIMATELY $1,049,467.50 IN
UNITED STATES CURRENCY FROM
BANK OF AMERICA ACCOUNT
NUMBER ENDING IN 1991,

Defendant.

---

**WARRANT FOR ARREST IN REM**

---

To: THE UNITED STATES SECRET SERVICE

WHEREAS, a Verified Complaint for Civil Forfeiture *in rem* was filed on the 14th day of September, 2026, by the United States Attorney for the Eastern District of Wisconsin, which seeks the forfeiture of the above-named defendant property pursuant to Title 18, United States Code, Sections 981(a)(1)(A), 981(a)(1)(C) and 984, and which prays that process issue to enforce the forfeiture and to give notice to all interested parties to appear before the court and show cause why the forfeiture should not be decreed; and due proceedings being had, that the defendant property be condemned and forfeited to the use of the United States of America.

YOU ARE THEREFORE HEREBY COMMANDED to attach and arrest the defendant property, approximately $1,049,467.50 in United States currency from Bank of America account number ending in 1991, held in the name of J Ventures LLC, which was seized on or about April 27, 2026, pursuant to United States Secret Service's execution of seizure warrant 26-925M

on Bank of America in Milwaukee, Wisconsin, and which property is presently in the custody of the United States Secret Service in Washington, D.C., and to detain the same until further order of this Court.

Dated this _____ day of __________________, 2026, at Milwaukee, Wisconsin.

LINDA M. KLEMM
Clerk of Court

By:

______________________________
Deputy Clerk

**Return**

This warrant was received and executed with the arrest of the above-named defendant.

Date warrant received: ____________________________________________________

Date warrant executed: ____________________________________________________

Name and title of arresting officer: ________________________________________

Signature of arresting officer: ____________________________________________

Date: ______________________________________________________________